**M.A.H., Individually and as next friend of A.D.B., formerly A.D.M., Appellant,**

v.

**A.A.B., Respondent.**

**WD 77781**

Missouri Court of Appeals, Western District.

ORDER FILED: FEBRUARY 10, 2015

Rebecca Lynn Bland, Grandview, MO, Counsel for Appellant,

Alexander Adrian Brinie, Pro Se

Before Division II—Anthony Rex Gabbert, PJ., Joseph M. Ellis, Karen King Mitchell, JJ.

### ORDER

Per Curiam:

M.A.H. appeals the circuit court's judgment on a motion to modify child custody and support. We affirm. Rule 84.16(b).